UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

September 17, 2013

## LETTER ORDER

Re: *Schoonmaker v. Holland, et al.*
　　**Civil Action No. 13-683 (ES) (SCM)**

Dear Counsel:

Pending before this Court is Plaintiff Michael Schoonmaker's Motion to Remand this case to the Superior Court of New Jersey, Sussex County. (D.E. No. 2). On August 2, 2013, Magistrate Judge Steven C. Mannion issued a Report and Recommendation ("R&R") recommending that this Court grant Plaintiff's Motion to Remand. (D.E. No. 5). Magistrate Judge Mannion also recommended denying Plaintiff's request for attorneys' fees and costs.

Magistrate Judge Mannion advised the parties that they had fourteen days to file and serve any objections to the R&R pursuant to L. Civ. R. 72.1(c)(2). To date, parties have not filed any objections.

The Court has considered the parties' submissions, as well as Magistrate Judge Mannion's R&R, and for the reasons stated therein,

IT IS on this 17th day of September 2013,

ORDERED that this Court adopts Magistrate Judge Mannion's August 2, 2013 R&R in full, and thus grants Plaintiff's Motion to Remand and denies Plaintiff's request for attorneys' fees and costs; and it is further

ORDERED that the Clerk of Court shall terminate D.E. Nos. 2 and 5; and it is further

ORDERED that the Clerk of Court close this case.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*s/Esther Salas*
　　　　　　　　　　　　　　　　　　　　**Esther Salas, U.S.D.J**